17 So.2d 182

**Maggie E. HOLT v. Booker T. HOLT.**

**3 Div. 408.**

Supreme Court of Alabama.

Feb. 11, 1944.

PER CURIAM.

Appeal dismissed, motion of appellant.

18 So.2d 112

**Max HURVICH et al., Individually and Doing Business as Birmingham Vending Co. v. Ocie C. LEVENS.**

**6 Div. 169.**

Supreme Court of Alabama.

March 2, 1944.

London & Yancey, Geo. W. Yancey, Fred G. Koenig, Sr., and J. S. Edson, all of Birmingham, for appellants.

Roger F. Rice, of Birmingham, for appellee.

PER CURIAM.

Cause settled; appeal dismissed on motion of appellants.

15 So.2d 919

**Ila C. JOHNSON v. J. Ellis JOHNSON et al.**

**4 Div. 307.**

Supreme Court of Alabama.

Dec. 14, 1943.

J. C. Yarbrough, of Enterprise, for appellant.

J. H. Wilkerson, of Troy, for appellees.

PER CURIAM.

Appeal dismissed, motion of appellant.

18 So.2d 112

**E. S. LEDERMAN v. E. V. CALDWELL et al., as Members State Board of Medical Examiners.**

**6 Div. 48.**

Supreme Court of Alabama.

April 20, 1944.

D. H. Markstein, of Birmingham, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for appellees.

PER CURIAM.

Appeal dismissed, motion of appellant.

18 So.2d 112

**J. B. LOCKE v. STATE.**

**2 Div. 198.**

Supreme Court of Alabama.

March 2, 1944.

W. L. Hogue, of Birmingham, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., opposed.

PER CURIAM.

Petition of J. B. Locke for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Locke v. State, 17 So. 187.

Petition dismissed on motion of State. Sup.Ct. Rule 44, Code 1940, Tit. 7 Appendix, p. 1021.

GARDNER, C. J. and BOULDIN, FOSTER, and LIVINGSTON, JJ., concur.